[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 20, 2005
THOMAS K. KAHN
CLERK

_____

No. 04-12691
Non-Argument Calendar

_____

D. C. Docket Nos. 02-00360-CV-4-RH
and 99-00071-CR-4-R

LAWRENCE LOMBARDI,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(April 20, 2005)**

Before TJOFLAT, ANDERSON and WILSON, Circuit Judges.

PER CURIAM:

In this appeal, appellant challenges the district court's decision rejecting his Fed. R. Crim. P. 33 motion for new trial based on newly discovered evidence as time-barred because the motion was not filed within the three-year limitations period the rule prescribes. Rule 33's limitations periods are jurisdictional. <u>United States v. Bramlett</u>, 116 F. 3d 1403, 1405 (11th Cir. 1997). The district court therefore lacked jurisdiction to consider appellant's motion.

AFFIRMED.